UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Consignataria San Miguel, S.A. de C.V. | CIVIL ACTION NO. |
| Versus | SECTION " " |
| Operaciones Y Rentas Costa Afuera, S.A. de C.V. | DIVISION ( ) |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Consignataria San Miguel, S.A. de C.V. ("San Miguel Shipping"), and for its complaint against respondent, Operaciones y Rentas Costa Afuera, S.A. de C.V. ("ORCA"), represents with respect as follows:

1.

San Miguel Shipping is a Mexican corporation based in Veracruz, Mexico, which maintains an office also in Houston, Texas.

2.

ORCA is also a company organized and existing under the laws of Mexico, which is based in Mexico City but also maintains offices in the United States.

3.

Jurisdiction exists under 28 U.S.C. § 1333.

4.

San Miguel Shipping and ORCA entered into a vessel time-charter contract on May 17, 2013. Under this contract, San Miguel Shipping provided the M/V S. FLORIANA and the deck barge GWENDOLYN (Note. 1241862) for the use and benefit of ORCA from May through July 2013.

5.

Under this contract, ORCA was bound to pay to San Miguel a dayrate of USD$12,000 per day (or a fraction thereof) for use of the vessels, along with additional sums for fuel, lube, water, port dues, agency charges, taxes, and other items. ORCA was also contractually bound to pay a mobilization charge of USD$124,300.

6.

San Miguel Shipping duly provided the vessel and barge in accordance with the contract and fulfilled all of its responsibilities thereunder.

7.

Despite amicable demand, however, ORCA has failed to pay sums due under the time-charter contract in the proximate amount of $986,226.40, plus interest, penalties, costs and attorney's fees.

8.

Under the invoices issued by San Miguel to ORCA, the total charges were $1,606,948, of which just $620,721.60 was paid. An undisputed balance of $986,226.40 was left unpaid by ORCA.

9.

This principal debt of $986,226.40 is undisputed. At no time did ORCA object to any charges in the invoices of San Miguel for sums due under the charter. In fact, ORCA has acknowledged the debt, explaining with regret that it was simply unable to pay.

10.

Under the charter agreement, San Miguel is entitled to interest on the principal indebtedness at the rate of 12% per annum.

11.

Through July 2014, the interest owed is $119,864,56. For each day thereafter until the debt is paid, interest will continue to accrue in the amount of $325.45 per day (1/365 x 12% interest rate = a daily interest rate of 0.00033 x principal debt of $986,226.40 = daily interest of $325.45).

WHEREFORE, San Miguel Shipping, respectfully prays that:

1.  After due consideration, there be an award rendered in favor of San Miguel Shipping and against ORCA in the principal amount of USD$986,226.40, plus costs, attorney's fees and interest; and

3. That San Miguel Shipping be afforded such other relief as it may be entitled to receive in law or equity.

Respectfully submitted,

ALFRED J. RUFTY III (#19990)
RUFUS C. HARRIS, III (#6638)
JILL S. WILLHOFT (#28990)
CINDY G. MARTIN (#25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Facsimile: (504) 525-7222
Counsel for Consignataria San Miguel
S.A. de C.V.